# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

### Full Caption of Later Filed Case:

Ceremony of Roses Acquisition LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-7512 |
| John Does 1-100, Jane Does 1-100 and XYZ Company | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Ceremony of Roses Acquisition LLC

| Plaintiff | Case Number |
|---|---|
| vs. | 1:25-cv-7151 AT |
| John Does 1-100, Jane Does 1-100 and XYZ Company | |
| Defendant | |

IH-32    Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open    (If so, set forth procedural status and summarize any court rulings.)

Earlier Filed Case filed on August 28, 2025. A Temporary Restraining Order and Seizure Order was granted, and an Order to Show Cause Hearing is currently set for September 18, 2025.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Pursuant to Division of Business Rule 13 (a)(1), this Later Filed Case is related to the Earlier Filed Case in that:

(A) both actions concern the same Plaintiff, similar defendants (bootleggers who appear at performers' concerts at Madison Square Garden and thereafter to sell infringing merchandise), similar property (trademarks of performers), the same type or similar transactions (the sale of infringing merchandise) and the same or similar events (sale of infringing merchandise at concerts);
(B) there is substantial factual (as well as legal) overlap in that both matters involve the sale of infringing merchandise at performers concerts;
(C) the Plaintiff seeks the same equitable relief in both matters, namely to restrain defendants from selling infringing merchandise and to seize; and
(D) a determination of relatedness would avoid a substantial duplication of effort on the court and parties.

Signature: /s/ Mark Bradford    Date: 9/10/25

Firm: Mark Bradford PC