UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CEREMONY OF ROSES ACQUISITION LLC,<br><br>                          Plaintiff,<br><br>                -v.-<br><br>JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANY,<br><br>                          Defendants. | 25 Civ. 7512 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

   Plaintiff is hereby ORDERED to appear for a hearing on its Ex Parte Application for a Temporary Restraining Order, a Seizure Order, and an Order to Show Cause (Dkt. #7) on **September 15, 2025, at 2:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

   SO ORDERED.

Dated:  September 11, 2025
        New York, New York

                                              _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge